| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randy G Bibb**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4281**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Deborah A Bibb**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9236**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **11–08941** | | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Randy G Bibb                                    Deborah A Bibb

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

<u>April 4, 2016</u>                                **For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u><br>                                                                                     United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                       **For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                        Case No. 11-08941-ABG
Randy G Bibb                                                  Chapter 13
Deborah A Bibb
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 3           Date Rcvd: Apr 04, 2016
                              Form ID: 3180W               Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2016.
db/jdb         +Randy G Bibb,    Deborah A Bibb,    251 Holiday Lane,    Hainesville, IL 60073-3195
16910361       +Alexian Bros Medical Center,    Lock Box 22589,    22589 Network Place,    Chicago, IL 60673-1225
19947590       +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
16910370       +Chase Home Finance,    P.O. Box 509011,    10790 Rancho Bernandro Road,
                 San Diego, CA 92127-5705
16910371       +Chase Mortgage Company,    P.O. Box 24714,    Columbus, OH 43224-0714
16910380        CitiFinancial,    2038 N. Richmond Road,    McHenry, IL 60051-5419
17224001       +Deutsche Bank National Trust Company,    c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
16910383       +Equifax Information Services,    P.O. Box 740256,    Atlanta, GA 30374-0256
16910384       +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
16910385        Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
16910386        First Equity Card Corp,    P.O. Box 23029,    Columbus, GA 31902-3029
16910387       +First Equity Card Corp.,    Account Inquiries,    P.O. Box 84075,    Columbus, GA 31908-4075
17166688       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
16910388        Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16910389        Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265-3000
20733297       +Long Beach Mortgage Loan Trust 2006-WL3,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
16910396        Marathon Petroleum,    P.O. Box 740109,    Cincinnati, OH 45274-0109
16910400       +Ocwen Loan Processing,    PO Box 785053,    Orlando, FL 32878-5053
16910403        Shell Credit Card,    Processing Center,    P.O. Box 183018,    Columbus, OH 43218-3018
16910405       +TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
16910406       +VAMCO,    1001 East Touhy Avenue,    Des Plaines, IL 60018-2898
17176814       +VAMCO CREDIT UNION,    1001 E. Touhy Ave.,    Des Plaines, IL 60018-2898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16910360       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 05 2016 01:35:02
                 Advocate Good Sheperd Hosptital,    450 West Highway 22,    Barrington, IL 60010-1999
16910363       +EDI: CHASE.COM Apr 05 2016 01:08:00      BP Gas Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
16910362        EDI: CHASE.COM Apr 05 2016 01:08:00      BP Gas Card,    CardMember Services 15325,
                 Wilmington, DE 19886-5325
16910376        EDI: CITICORP.COM Apr 05 2016 01:08:00      Citi Cards,    PO Box 6000,    The Lakes, NV 89163
16915321        EDI: RESURGENT.COM Apr 05 2016 01:08:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
16910364        EDI: CAPITALONE.COM Apr 05 2016 01:08:00      Capital One,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
16910365        EDI: CAPITALONE.COM Apr 05 2016 01:08:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
17195423        EDI: CAPITALONE.COM Apr 05 2016 01:08:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
16910366       +EDI: CHASE.COM Apr 05 2016 01:08:00      Chase,    Attention: Bankruptcy Department,
                 PO Box 100018,    Kennesaw, GA 30156-9204
16910368       +EDI: CHASE.COM Apr 05 2016 01:08:00      Chase,    Cardmember Services,    P.O. Box 15153,
                 Wilmington, DE 19850-5153
16910367        EDI: CHASE.COM Apr 05 2016 01:08:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16910369        EDI: CHASE.COM Apr 05 2016 01:08:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16910373        EDI: CHASE.COM Apr 05 2016 01:08:00      Chase-AOL,    CardMember Services,    P.O. Box 15548,
                 Wilmington, DE 19886-5548
16910372        EDI: CHASE.COM Apr 05 2016 01:08:00      Chase-Amazon,    Cardmember Services,    P.O. Box 15548,
                 Wilmington, DE 19886-5548
16910374       +Fax: 602-659-2196 Apr 05 2016 02:37:35      ChexSystems,    Attn Consumer Relations,
                 7805 Hudson Road Suite 100,    Saint Paul, MN 55125-1703
16910377       +EDI: CITICORP.COM Apr 05 2016 01:08:00      Citi Cards,    P.O. Box 6077,
                 Sioux Falls, SD 57117-6077
16910375       +EDI: CITICORP.COM Apr 05 2016 01:08:00      Citi Cards,    Processing Center,
                 Des Moines, IA 50363-0001
16910379        EDI: CIAC.COM Apr 05 2016 01:08:00      Citifinancial,    P.O. Box 6931,
                 The Lakes, NV 88901-6931
16910382        EDI: DISCOVER.COM Apr 05 2016 01:08:00      Discover Card,    P.O. Box 30395,
                 Salt Lake City, UT 84130-0395
16910381        EDI: DISCOVER.COM Apr 05 2016 01:08:00      Discover,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
16930931        EDI: DISCOVER.COM Apr 05 2016 01:08:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
18110501       +EDI: RESURGENT.COM Apr 05 2016 01:08:00      East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
17426697        E-mail/Text: bnc-genesis@quantum3group.com Apr 05 2016 01:33:05      GC Iv, LLC,
                 Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0752-1          User: lhuley                 Page 2 of 3                   Date Rcvd: Apr 04, 2016
                              Form ID: 3180W               Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19789642      EDI: RECOVERYCORP.COM Apr 05 2016 01:08:00     GE Capital Retail Bk (PAYPAL),
               c/o Recovery Mgmt Sys., Corp.,    Attn: Ramesh Singh,    25 SE 2nd Ave, Ste 1120,
               Miami, FL 33131-1605
17503682      EDI: RMSC.COM Apr 05 2016 01:08:00      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17013771     +Fax: 407-737-5634 Apr 05 2016 02:27:35      HSBC Bank USA, N.A.,,
               c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1661 Worthington Rd,
               Suite 100 West Palm Beach, FL 33409-6493
16910392      EDI: HFC.COM Apr 05 2016 01:08:00      HSBC Card Services,    P.O. Box 80084,
               Salinas, CA 93912-0084
16910393      EDI: HFC.COM Apr 05 2016 01:08:00      HSBC Orchard Bank,    HSBC Card Services,    P.O. Box 88000,
               Baltimore, MD 21288-0001
16910391     +EDI: MERRICKBANK.COM Apr 05 2016 01:08:00     Hooters Mastercard,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
16910390     +EDI: MERRICKBANK.COM Apr 05 2016 01:08:00     Hooters Mastercard,    P.O Box 5721,
               Hicksville, NY 11802
16910394      EDI: TSYS2.COM Apr 05 2016 01:08:00      Juniper,   Card Services,    PO Box 8802,
               Wilmington, DE 19899-8802
16910395      EDI: TSYS2.COM Apr 05 2016 01:08:00      Juniper,   Card Services,    P.O. Box 13337,
               Philadelphia, PA 19101-3337
16910397     +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Apr 05 2016 01:33:31
               Marathon Petroleum Company LP,    PO Box 81,   Findlay, OH 45839-0081
17037900      EDI: MERRICKBANK.COM Apr 05 2016 01:08:00     Merrick Bank,    c/o Resurgent Capital Services,
               PO Box 10368,    Greenville, SC 29603-0368
16910399     +EDI: MERRICKBANK.COM Apr 05 2016 01:08:00     Merrick Bank,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
16910398      EDI: MERRICKBANK.COM Apr 05 2016 01:08:00     Merrick Bank,    P.O. Box 5721,
               Hicksville, NY 11802
19851401      EDI: AIS.COM Apr 05 2016 01:08:00      Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX 77210-4457
17284524      EDI: PRA.COM Apr 05 2016 01:08:00      Portfolio Recovery Associates, LLC,
               c/o Chase Bank USA, N.A.,    POB 41067,   Norfolk VA 23541
17440793      EDI: PRA.COM Apr 05 2016 01:08:00      Portfolio Recovery Associates, LLC,    c/o Shell,
               PO Box 41067,    Norfolk VA 23541
17302243      EDI: PRA.COM Apr 05 2016 01:08:00      Portfolio Recovery Associates, LLC,    c/o THD,
               POB 41067,    Norfolk VA 23541
20389240     +EDI: PRA.COM Apr 05 2016 01:08:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
19789641      EDI: RECOVERYCORP.COM Apr 05 2016 01:08:00     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
18939024     +EDI: PRA.COM Apr 05 2016 01:08:00      Portfolio Recovery Assocs., LLC,    POB 41067,
               NORFOLK, VA 23541-1067
21383301      E-mail/Text: bkdepartment@rtresolutions.com Apr 05 2016 01:33:42
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
               Dallas, Texas 75247-4029
20717763      EDI: RECOVERYCORP.COM Apr 05 2016 01:08:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
16910402     +EDI: DRIV.COM Apr 05 2016 01:08:00     Santander,   PO Box 562088,    Suite 900 North,
               Dallas, TX 75356-2088
16926757     +EDI: DRIV.COM Apr 05 2016 01:08:00     Santander Consumer USA Inc.,    DBA CitiFinancial Auto,
               8585 N. Stemmons Fwy., Ste 1100-N,,    Dallas, TX 75247-3822
16967195      EDI: ECAST.COM Apr 05 2016 01:08:00     eCAST Settlement Corporation, assignee,
               of Chase Bank USA, N.A.,    POB 29262,   New York, NY 10087-9262
17388137      EDI: ECAST.COM Apr 05 2016 01:08:00     eCAST Settlement Corporation, assignee,
               of CitiFinancial, Inc.,    POB 29262,   New York, NY 10087-9262
16967194      EDI: ECAST.COM Apr 05 2016 01:08:00     eCAST Settlement Corporation, assignee,
               of Citibank (South Dakota), N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                               TOTAL: 50

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16910404*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Shell Credit Card,     P.O. Box 689151,   Des Moines, IA 50368-9151)
16910378*      Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
16910401     ##+Revenue Cycle Solutions,   PO Box 361230,    Birmingham, AL 35236-1230
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lhuley                Page 3 of 3                  Date Rcvd: Apr 04, 2016
                              Form ID: 3180W             Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2016 at the address(es) listed below:

```
              Amy A Aronson    on behalf of Creditor    Vamco Credit Union amyaronson@comcast.net,
               amyaronson@comcast.net
              Glenn B Stearns    mcguckin_m@lisle13.com
              Joel P Fonferko    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Long Beach Mortgage Trust 2006-WL3 ND-One@il.cslegal.com
              John Charles Crees    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC
               jcrees@pilgrimchristakis.com,    LMarshall@pilgrimchristakis.com;gsarmiento@pilgrimchristakis.com
              Maria Georgopoulos    on behalf of Creditor    Deutsche Bank National Trust Company
               nd-three@il.cslegal.com
              Meredith S Fox    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bknotice@klueverplatt.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor 1 Randy G Bibb ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Paul M Bach    on behalf of Debtor 2 Deborah A Bibb ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Penelope N Bach    on behalf of Plaintiff Randy G Bibb pnbach@bachoffices.com,
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Penelope N Bach    on behalf of Plaintiff Deborah A Bibb pnbach@bachoffices.com,
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Penelope N Bach    on behalf of Debtor 1 Randy G Bibb pnbach@bachoffices.com,
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Penelope N Bach    on behalf of Debtor 2 Deborah A Bibb pnbach@bachoffices.com,
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Ross T Brand    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust
               for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates,
               Series 2006-WL3 rbrand@klueverplatt.com,    bknotice@klueverplatt.com
                                                                                             TOTAL: 14
```